IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL WELFARE FUND, CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND, and CATHERINE WENSKUS, not individually but as Administrator of the Funds, | ) ) ) ) ) ) ) ) ) ) | Case No. 24 C 1844<br><br>Judge Harjani |
| Plaintiffs and Judgment Creditors, | ) ) | |
| v. | ) ) | |
| AGPD PAVING LLC, an Illinois corporation, also doing business as CARDI PAVING ASPHALT | ) ) ) ) ) | |
| Defendant and Judgment Debtor | ) ) | |
| and | ) ) | |
| PAN OCEANIC ENGINEERING CO. INC. | ) ) ) | |
| Third Party Citation Respondent. | ) | |

### ANSWER OF THIRD PARTY RESPONDENT/ GARNISHEE DEFENDANT

Pan Oceanic Engineering Co. Inc. certifies under penalty of perjury to §1-109 of the Illinois Code of Civil Procedure that the following statements are true and correct:

I. __X__ Respondent has no property of the Defendant in its possession.

II. __X__ Respondent has no knowledge of any assets or income belonging to the Defendant.

III. _____ Respondent has property that belongs or may belong to the Defendant as follows:

|     | DEFENDANT'S BALANCE | AMOUNT WITHHELD |
|-----|---------------------|-----------------|

A) Savings Account $ _____ _____

B) Checking and/or Now Account $_____ _____

C) Certificate of Deposit $_____ _____

D) Money Market Account $_____ _____

E) Trust Account $_____ _____

F) Wages, Salary or Commissions $_____ _____

G) Safety Deposit Box _____

H) Land Trust No._____

I) Other Property (Describe)_____

J) Additional Information Relating to Debtor's Property:

1. Adverse Claimant: Name_____ Address_____

2. Right of Set Off: Basis_____ Amount_____

3. Exemption: Basis_____ Amount_____

Total of funds in Respondent's possession available to be applied to the judgment: $ _0_____

According to the records maintained by the Respondent, the above information is correct as of this date _7/15/25_____. A copy of this Answer was mailed to the Defendant.

Respondent/Agent (Type or Print)

Agent Name __Gulzar Singh_____

Business Name __Pan-Oceanic Engineering Co., Inc.__     Agent for Respondent/Garnishee

Address __6436 W. Higgins Ave._____

_____Chicago, IL 60656_____

Phone____(773) 601-8408_____

Fax _____(773) 601-8409_____

NOTE: A copy of this Answer should be mailed to the Court, Attorney for Plaintiffs or

Judgment Creditors and to the Defendant. If necessary, you may attach further information or explanations as may be required to answer the Citation to Discover Assets.